IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT C. LEE, JR., JACKIE | § | |
| DICKSON-LEE, ROBERT C. LEE, | § | |
| III, and ODELL WEEKS-LEE | § | No. 3:19-cv-099-M (BT) |
| Plaintiffs, | § | |
| v. | § | |
| | § | |
| LTV TOWER APTS., ET AL., | § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that Plaintiff Odell Weeks-Lee's motion for voluntary dismissal is GRANTED.  The complaint is dismissed without prejudice.

It is further ORDERED that the Clerk shall transmit a true copy of this Judgment and the Order of Dismissal to the parties.

Signed this 13th day of March, 2019.


BARBARA M. G. LYNN
CHIEF JUDGE